AMBROSE E. BARNES, Appellant, *v.* PETER B. DECKER et al., Impleaded, etc., Respondents.

(Argued October 7, 1885; decided October 27, 1885.)

*L. A. Gould* for appellant.

*Abner C. Thomas* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

ALFRED CURRY, Respondent, *v.* JOHN W. ADAMS, Appellant.

(Submitted October 7, 1885; decided October 27, 1885.)

*Eugene B. Travis* for appellant.

*Travis & Smith* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

EDWARD FOX, Respondent, *v.* MICHAEL H. FITZSIMONS, Appellant.

(Argued October 8, 1885; decided October 27, 1885.)

*Henry W. Conklin* for appellant.

*Marrenus H. Briggs* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.